Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NEXTSPORT, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0590768** |

4.  **Debtor's address**

**Principal place of business**

**106 Linden St, Ste 201
Oakland, CA 94607**
Number, Street, City, State & ZIP Code

**Alameda**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 3 of 61

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **6/13/2022**
                MM / DD / YYYY

**X** **/s/ David Lee**                          **David Lee**
Signature of authorized representative of debtor    Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Eric A. Nyberg**                     Date    **6/13/2022**
Signature of attorney for debtor                        MM / DD / YYYY

**Eric A. Nyberg 131105**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone    **510-763-1000**      Email address _____

**131105 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **NEXTSPORT, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/13/2022**      *X* **/s/ David Lee**
                                               Signature of individual signing on behalf of debtor

                                               **David Lee**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 5 of 61

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NEXTSPORT, INC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acorn Products, LLC 15360 Robin Ann Lane Monte Sereno, CA 95030-2238** | | | | | | **$30,950.85** |
| **American Express c/o Beckett & Lee PO Box 3001 Malvern, PA 19355** | | | | | | **$110,768.34** |
| **American Label Technologies, Inc. 313 Technology Dr, #2106 Garner, NC 27529** | | | | | | **$6,440.00** |
| **Bazaarvoice, Inc. 10901 Stonelake Blvd Austin, TX 78759** | | | | | | **$14,649.99** |
| **Capital Premium Financing 12235 S. 800 E Draper, UT 84020** | | **Financed D&O and general liability insurance** | | | | **$50,423.56** |
| **Deborah Nichols Radar 7808 Veragua Drive Playa Del Rey, CA 90293** | | **Investor** | | | | **$102,500.00** |
| **DEKRA Testing and Certification (Shangha 8F, No 250 Jiangchangsan Road Jing'an District Shanghai 200436 China** | | | | | | **$64,545.66** |

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 6 of 61

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Department of Finance 380, rue Saint-Antoine Quest 5th Floor Montreal (Quebec) H2Y 3X7** | | | | | | **$10,787.00** |
| **Dongguan Aixi Sports Goods Co, LTD No. 113 DaXin Road ChangTank Community Da Lang Town DongGuan City China, CA** | | **Produces orders for Target direct import, X&Z scooters and parts** | | | | **$3,133,755.96** |
| **Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95827-2952** | | **Corporate taxes** | | | | **$94,829.39** |
| **JAS Forwarding Netherlands Schaapherderweg 24 Ridderkerk, 2988 CK Netherlands** | | **Freight forwarder for shipments to Australia and Rotterdam** | | | | **$181,633.75** |
| **JAS Forwarding UK, LTD Unit 1 Heathrow Logistics Park Bedfont Park Feltham, TW14 8EE United Kingdom** | | **Freight Forwarder for shipments to the UK** | | | | **$14,722.76** |
| **Mode Transportation 160 New Britain Blvd Chalfont, PA 18914** | | **Ocean freight to US** | | | | **$49,648.00** |
| **OEC Group 13100 Alondra Blvd, Ste 100 Cerritos, CA 90703** | | **Ocean freight to US** | | | | **$510,969.86** |
| **OL USA, LLC 265 Post Ave, Ste 333 Westbury, NY 11590** | | **Ocean freight to US** | | | | **$403,727.12** |

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 7 of 61

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Qurui Sports (Hangzhou) Co LTD RN# 2610 Building, Qiantang Aviation Bld 66 Citizen Street Jianggan District, Zhejiang Province China** | | **Produces skateboards for Walmart PDQs** | | | | **$158,470.94** |
| **Sinosure Fortune Times Building, 11 Fenghuiyan Xichang District Beijing 100033 China** | | **Insurance claim for receivables** | **Contingent Disputed** | | | **$2,258,333.50** |
| **Team Direct Management, LLC 5509 W Pinnacle Point Dr, Ste 100 Rogers, AR 72758** | | | | | | **$17,000.00** |
| **The Stable 45 South 7th Street, Ste 2100 Minneapolis, MN 55402** | | | | | | **$31,232.70** |
| **Tri-State Tal Building, 49 Austin Road Tsimshatsui Kowloon, Hong Kong** | | **China QA/QC inspection agent Hong Kong** | | | | **$118,714.45** |

Debtor name    **NEXTSPORT, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $     13,381,220.44

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $     13,381,220.44

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     3,197,251.02

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     105,616.39

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     7,365,275.78

4. Total liabilities ................................................................................................................
Lines 2 + 3a + 3b     $     10,668,143.19

Debtor name   **NEXTSPORT, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **4633** | $1,451.52 |
| 3.2. | **Wells Fargo Bank** | **Merchant** | **3756** | $724.51 |
| 3.3. | **Wells Fargo Bank** | **Investment** | | $831.00 |
| 3.4. | **Paypal** | **Merchant Account** | **BGNA** | $12,825.56 |
| 3.5. | **Royal Bank of Canada** **Canadian Bank account** | **Checking** | **5156** | $157.19 |
| 3.6. | **Bank of the West** | **Checking** | **1332** | $82,966.00 |

4.    **Other cash equivalents** *(Identify all)*

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 10 of 61

| 5. | **Total of Part 1.** | | **$98,955.78** |
|---|---|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

        **Secuirty Deposit held by Linden  Associates, LLC**
7.1.  **Landlord for Linden Street**                                             **$2,612.50**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

8.1.  **Prepaid expenses**                                                       **$0.00**

| 9. | **Total of Part 2.** | | **$2,612.50** |
|---|---|---|---|

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **308,652.16** | - | **0.00** | = .... | **$308,652.16** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$308,652.16** |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

| 20. | Work in progress | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale**<br>Inventory held by JBS Logistics | | $0.00 | | $4,800,000.00 |
| | Inventory held by Tigers International | | $0.00 | | $4,650,000.00 |
| | Inventory held by Lane Sales Canada | | $0.00 | | $1,200,000.00 |
| | Inventory held by Tigers UK | | $0.00 | | $236,000.00 |
| | Inventory held by Tigers International | | $0.00 | | $210,000.00 |
| 22. | **Other inventory or supplies**<br>Amazon | | $0.00 | | $1,860,000.00 |

| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | $12,956,000.00 |
|---|---|---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| | | | |
|---|---|---|---|
| 40. | **Office fixtures**<br>Misc office furniture | $0.00 | $7,500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Misc office computers and equipment | $0.00 | $7,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

43. **Total of Part 7.**                                     **$15,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Patents | $0.00 | | $0.00 |

61.       **Internet domain names and websites**

62.       **Licenses, franchises, and royalties**

63.       **Customer lists, mailing lists, or other compilations**

64.       **Other intangibles, or intellectual property**

65.       **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $98,955.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,612.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $308,652.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,956,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,381,220.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,381,220.44 |

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 16 of 61

**Fill in this information to identify the case:**

Debtor name **NEXTSPORT, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1  Amazon Capital Services, Inc.**
Creditor's Name

**410 Terry Ave, North Seattle, WA 98109-5210**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/2/18**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$442,109.00**    **$13,381,220.44**

**2.2  Barry Gilbert**
Creditor's Name

**8 Snowberry Ct Oakland, CA 94607**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6-3-21**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$218,036.53**    **$13,381,220.44**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 7

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Edward Dua** | | | |
|---|---|---|---|---|

Creditor's Name

**106 Linden St, Ste 106
Oakland, CA 94607**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7-2-21**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien**

$717,500.00    $13,381,220.44

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **JBS Logistics** | | | |
|---|---|---|---|---|

Creditor's Name

**2043 Corporate Lane
Naperville, IL 60563**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory held by JBS Logistics**

$458,845.00    $4,800,000.00

Describe the lien
**Warehouse Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Julio Deulofeu** | | | |
|---|---|---|---|---|

Creditor's Name

**106 Linden St, Ste 201
Oakland, CA 94607**

Creditor's mailing address

Describe debtor's property that is subject to a lien

Unknown    $0.00

Describe the lien
**Loan and Security Agreement**

**Is the creditor an insider or related party?**
☐ No

Creditor's email address, if known          ■ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**5-26-22**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Lane Sales Canada** | **Describe debtor's property that is subject to a lien** | $67,859.00 | $1,200,000.00 |
|---|---|---|---|---|

**Lane Sales Canada**
Creditor's Name

**945A Southgate Dr, Unit 2**
**& 4**
**Guelph, Ontario N1L 0B9**       **Warehouse lien**
**Canada**
Creditor's mailing address

                                            **Describe the lien**

                                            **Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **Logistic Edge LLC** | **Describe debtor's property that is subject to a lien** | $151,500.15 | $13,381,220.44 |
|---|---|---|---|---|

**Logistic Edge LLC**
Creditor's Name

**PO Box 293**
**Sierra Madre, CA 91025**        **Inventory in Sierra Madre warehouse**
Creditor's mailing address

                                            **Describe the lien**

                                            **Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

| 2.8 | **Ouiby, Inc., dba Kickfurther** | Describe debtor's property that is subject to a lien | **$167,478.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Jenna Vega**
**PO Box 21584**
**Boulder, CO 80308**

Creditor's mailing address

**Lien on specific products purchased by Kickfurther and consigned to the Debtor**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Strata Trust Co Custodian** | Describe debtor's property that is subject to a lien | **$600,000.00** | **$13,381,220.44** |
|---|---|---|---|---|

Creditor's Name

**FBO Joseph DeLuca**
**3559 South Silver Springs Rd**
**Lafayette, CA 94549**

Creditor's mailing address

**All Inventory**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
**12-6-21**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **The Robert and Ava Family Trust** | Describe debtor's property that is subject to a lien | **$102,500.00** | **$13,381,220.44** |
|---|---|---|---|---|

Creditor's Name

**Robert Gold**
**4923 Floresta Court**
**Westlake Village, CA 91362**

Creditor's mailing address

**Blanket lien**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7-2-21**

Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**   **Tigers International Logistics BV**

Creditor's Name

**Schaapherdeweg 24
2988 CK Ridderkerk
Netherlands**

Creditor's mailing address

Describe debtor's property that is subject to a lien      **$61,733.93**      **$4,650,000.00**

**Inventory held by Tigers International**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**   **Tigers International Solutions PTY**

Creditor's Name

**32 Commercial Drive
Lynbrook, Victoria 3975
Australia**

Creditor's mailing address

Describe debtor's property that is subject to a lien      **$5,076.41**      **$210,000.00**

**Inventory held by Tigers International**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**   **Tigers UK**      Describe debtor's property that is subject to a lien      **$4,613.00**      **$236,000.00**

Debtor **NEXTSPORT, INC.**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | |

**812 Oxford Ave**
**Sough Berkshire**
**SL1 4LN**
**United Kingdon**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Inventory held by Tigers UK**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | U. S Small Business Administration |
|---|---|

Creditor's Name

**1545 Hawkins Blvd, Ste 202**
**El Paso, TX 79925**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2/15/22**
**Last 4 digits of account number**
**9107**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $200,000.00    $13,381,220.44
**Blanket Lien**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$3,197,251.0 2**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barry Gilbert** **c/o Chapman Law Group, APC** **David Chapman** **950 Northgate Dr, Ste 306** **San Rafael, CA 94903** | Line __**2.2**__ | |

Debtor name **NEXTSPORT, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Department of Finance**<br>**380, rue Saint-Antoine Quest**<br>**5th Floor**<br>**Montreal (Quebec) H2Y 3X7** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,787.00 | $10,787.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **0816**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Employment Development Dept**<br>**MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 23 of 61
27103

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,829.39 | $94,829.39 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95827-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Corporate taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,950.85 |
|---|---|---|---|

**Acorn Products, LLC**
**15360 Robin Ann Lane**
**Monte Sereno, CA 95030-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,768.34 |
|---|---|---|---|

**American Express**
**c/o Beckett & Lee**
**PO Box 3001**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,440.00 |
|---|---|---|---|

**American Label Technologies, Inc.**
**313 Technology Dr, #2106**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 24 of 61

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,649.99 |
|---|---|---|---|

**Bazaarvoice, Inc.**
**10901 Stonelake Blvd**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,423.56 |
|---|---|---|---|

**Capital Premium Financing**
**12235 S. 800 E**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Financed D&O and general liability insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,500.00 |
|---|---|---|---|

**Deborah Nichols Radar**
**7808 Veragua Drive**
**Playa Del Rey, CA 90293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Investor

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,545.66 |
|---|---|---|---|

**DEKRA Testing and Certification (Shangha**
**8F, No 250 Jiangchangsan Road**
**Jing'an District**
**Shanghai 200436**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,133,755.96 |
|---|---|---|---|

**Dongguan Aixi Sports Goods Co, LTD**
**No. 113 DaXin Road**
**ChangTank Community**
**Da Lang Town DongGuan City**
**China, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Produces orders for Target direct import, X&Z scooters and parts

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,633.75 |
|---|---|---|---|

**JAS Forwarding Netherlands**
**Schaapherderweg 24**
**Ridderkerk, 2988 CK**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight forwarder for shipments to Australia and Rotterdam

Date(s) debt was incurred _

Last 4 digits of account number  NEXTSPJEM

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,722.76 |
|---|---|---|---|

**JAS Forwarding UK, LTD**
**Unit 1 Heathrow Logistics Park**
**Bedfont Park**
**Feltham, TW14 8EE**
**United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight Forwarder for shipments to the UK

Date(s) debt was incurred _

Last 4 digits of account number  NEXTAPLHR

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$710.64** |
|---|---|---|---|

**Kally Sales Group, Inc.**
**3185 Lansdown Dr**
**Burlington**
**Ontario L7M 1K1**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,295.64** |
|---|---|---|---|

**Majuma LTD**
**Orchard Cottage, Back Radfords**
**Stone, Staffordshire**
**UK ST15 8GG**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,648.00** |
|---|---|---|---|

**Mode Transportation**
**160 New Britain Blvd**
**Chalfont, PA 18914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Ocean freight to US**

**Last 4 digits of account number** **3021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,874.06** |
|---|---|---|---|

**Montana (Tiwan) Int'l Co LTD**
**No. 262, SEC 2 Fengle Rd**
**Beitun District**
**Taichung City**
**Taiwant, CA**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Produces skateboards**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$510,969.86** |
|---|---|---|---|

**OEC Group**
**13100 Alondra Blvd, Ste 100**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Ocean freight to US**

**Last 4 digits of account number** **1912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$403,727.12** |
|---|---|---|---|

**OL USA, LLC**
**265 Post Ave, Ste 333**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Ocean freight to US**

**Last 4 digits of account number** **6730**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$909.00** |
|---|---|---|---|

**Peninsula Mobile Service**
**PO Box 4180**
**Menlo Park, CA 94026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 26 of 61

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,470.94** |
|------|---|---|---|

**Qurui Sports (Hangzhou) Co LTD**
RN# 2610 Building, Qiantang Aviation Bld
66 Citizen Street
Jianggan District, Zhejiang Province
China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Produces skateboards for Walmart PDQs

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,258,333.50** |
|------|---|---|---|

**Sinosure**
Fortune Times Building, 11 Fenghuiyan
Xichang District
Beijing 100033
China

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Insurance claim for receivables

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,000.00** |
|------|---|---|---|

**Team Direct Management, LLC**
5509 W Pinnacle Point Dr, Ste 100
Rogers, AR 72758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,232.70** |
|------|---|---|---|

**The Stable**
45 South 7th Street, Ste 2100
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,714.45** |
|------|---|---|---|

**Tri-State**
Tal Building, 49 Austin Road
Tsimshatsui
Kowloon,
Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  China QA/QC inspection agent Hong Kong

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,999.00** |
|------|---|---|---|

**Wells Fargo Bank**
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**Yongkang Tangsheng Industry**
c/o Law Offices of Kenneth J. Freed
4340 Fulton Ave, Third Floor
PO Box 5914
Sherman Oaks, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Factory produces product for NEXTSPORT

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 27 of 61

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Yongkangshi Yongtai Industrial**
**c/o Law Offices of Kenneth J. Freed**
**4340 Fulton Ave, Third Floor**
**PO Box 5914**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Factory produces product for NEXTSPORT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Yongtai Industry & Trade Co, LTD**
**No 1355 West Songshi Road**
**Yongkang City**
**Zhejiang Province**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Produces ScootRacers for Walmart PDQs, scooter stands and some Gomo products**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mode Transporation, LLC**<br>**PO Box 654371**<br>**Dallas, TX 75265-4371** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **OL USA, LLC**<br>**c/o Benesch Friedlander Coplan & Aronoff**<br>**John Gentile**<br>**1313 North Market St, Ste 1201**<br>**Wilmington, DE 19801-6101** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **OL USA, LLC**<br>**c/o Benesch Friedlander Coplan & Aronoff**<br>**Kevin M. Capuzzi**<br>**1313 North Market St, Ste 1201**<br>**Wilmington, DE 19801-6101** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **OL USA, LLC**<br>**c/o Benesch Friedlander Coplan & Aronoff**<br>**Daniel M. Meier**<br>**17 State Street, Ste 4000**<br>**New York, NY 10004** | Line  **3.16**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  105,616.39 |
| 5b. Total claims from Part 2 | 5b.  + | $  7,365,275.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  7,470,892.17 |

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 29 of 61

**Fill in this information to identify the case:**

Debtor name   **NEXTSPORT, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bazaarvoice, Inc.**<br>**10901 Stonelake Blvd**<br>**Austin, TX 78759** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>**Warehousing and Storage Agreements Effective date 5/6/2010 and shall continue in full force from year to year until terminated**<br><br>State the term remaining<br><br>List the contract number of any government contract | **JBS Logistics**<br>**2043 Corporate Lane**<br>**Naperville, IL 60563** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>**Warehouse Storage and Distribution Services Agreement 1 Year, effective 2/1/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lane Sales Development Group, Inc.**<br>**dba LS Logistics**<br>**945B Unti 3 Southgate Dr**<br>**Guelph ON N1L 0B9**<br>**Canada** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>**Lease of 106 Linden St, Ste 106 Oakland, CA**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Linden Associates, LLC**<br>**155 Filbert St, #200**<br>**Oakland, CA 94607** |

| | | | |
|---|---|---|---|
| First Name | Middle Name | Last Name | Case number *(if known)* |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Meridian Global Services**<br>**Unit B Groud Floor**<br>**3009 Lake Drive, City West**<br>**Dublin 24**<br>**Ireland** |
| | List the contract number of any government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement** |
|---|---|---|
| | State the term remaining | **Ouiby, Inc., dba Kickfurther**<br>**Jenna Vega**<br>**PO Box 21584**<br>**Boulder, CO 80308** |
| | List the contract number of any government contract | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Premium Finance** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** |
|---|---|---|
| | State the term remaining | **Shopify**<br>**151 O'Conner Street**<br>**Ground Floor**<br>**Ottawa, Ontario, K2P 2L8**<br>**Canada** |
| | List the contract number of any government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **UK Warehousing and Distribution** |
|---|---|---|
| | State the term remaining | **Tigers Global Logistics LTD UK**<br>**Unit 6, IO Centre**<br>**Jugglers Close**<br>**OX16 3TA  Banbury**<br>**United Kingdon** |
| | List the contract number of any government contract | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Agreement** |
|---|---|---|
| | State the term remaining | **Tigers International Logistics  BV**<br>**Schaapherdeweg 24**<br>**2988 CK Ridderkerk**<br>**Netherlands** |

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 30 of 61



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Agreement** | |
|---|---|---|---|
|  | State the term remaining |  | **Tigers International Solutions PTY** |
|  |  |  | **32 Commercial Drive** |
|  | List the contract number of any government contract | _____ | **Lynbrook, Victoria 3975** |
|  |  |  | **Australia** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Agreement** | |
|---|---|---|---|
|  | State the term remaining |  | **Tigers UK** |
|  |  |  | **812 Oxford Ave** |
|  |  |  | **Sough Berkshire** |
|  | List the contract number of any government contract | _____ | **SL1 4LN** |
|  |  |  | **United Kingdon** |

**Fill in this information to identify the case:**

Debtor name    **NEXTSPORT, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Julio Deulofeu** | **106 Linden St, Ste 201**<br>**Oakland, CA 94607** | **American Express** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

Official Form 206H        Schedule H: Your Codebtors        Page 1 of 1

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 32 of 61

Fill in this information to identify the case:

Debtor name    **NEXTSPORT, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$2,561,064.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$19,977,330.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$23,378,237.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | **Early filing credit British Columbia PST** | **$44.79** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **PPP Loan Forgivness** | **$236,563.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **Write off of unpayable vendor bill** | **$1,822.50** |

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 33 of 61

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From **1/01/2021** to **12/31/2021** | **Amazon affiliate referral earnings** | $1,137.66 |
| For year before that:<br>From **1/01/2020** to **12/31/2020** | **2019 State tax refund** | $6,983.00 |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Logistic Edge LLC**<br>**PO Box 293**<br>**Sierra Madre, CA 91025** | **March 2022**<br>**$80,000**<br>**April 2022**<br>**$50,000**<br>**May 2022**<br>**$50,000** | $180,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Tigers Global Logistics LTD UK**<br>**Unit 6, IO Centre**<br>**Jugglers Close**<br>**OX16 3TA  Banbury**<br>**United Kingdon** | **March 2022**<br>**$3,978.40**<br>**April 2022**<br>**$2,328.72**<br>**May 2022**<br>**$2,050.57** | $8,357.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Tigers International Logistics  BV**<br>**Schaapherdeweg 21**<br>**2988CK Ridderkerk**<br>**Netherlands** | **March 2022**<br>**$15,803.94**<br>**April 2022**<br>**$8,429.72**<br>**May 2022**<br>**$63,347.26** | $87,580.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **LS Logistics**<br>**945B Southgate Drive**<br>**Guelph Ontario**<br>**Canada   N1L 0B9** | **March 2022**<br>**$5,000**<br>**April 2022**<br>**$10,000**<br>**June 2022**<br>**$10,000** | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **American Express**<br>**c/o Beckett & Lee**<br>**PO Box 3001**<br>**Malvern, PA 19355** | **March 2022**<br>**$34,876.91**<br>**April 2022**<br>**$74,149.14** | $109,026.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Credit Card**_ |

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 34 of 61

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **Capital Premium Financing**<br>**12235 S. 800 E**<br>**Draper, UT 84020** | **March 2022**<br>**$12,106.59**<br>**April 2022**<br>**$12,106.59**<br>**May 2022**<br>**$988.60**<br>**June 2022**<br>**$11.107.99** | **$35,419.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.7. **Yongkang Tangsheng Industry**<br>**c/o Law Offices of Kenneth J. Freed**<br>**4340 Fulton Ave, Third Floor**<br>**PO Box 5914**<br>**Sherman Oaks, CA 91423** | **March 2022**<br>**$88,713.09** | **$88,713.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Target Corporation**<br>**1000 Nicollet Mall**<br>**Minneapolis, MN 55403** | **March 2022**<br>**$27.65**<br>**April 2022**<br>**$38,162.98** | **$38,190.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **JAS Forwarding Netherlands**<br>**Schaapherderweg 24**<br>**Ridderkerk, 2988 CK**<br>**Netherlands** | **March 2022** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Ouiby, Inc.**<br>**Jenna Vega**<br>**PO Box 21584**<br>**Boulder, CO 80308** | **March 2022**<br>**$30,000**<br>**April 2022**<br>**$15,000**<br>**May 2022**<br>**$15,000** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Mode Transportation**<br>**160 New Britain Blvd**<br>**Chalfont, PA 18914** | **March 2022** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **OL USA, LLC**<br>**265 Post Ave, Ste 333**<br>**Westbury, NY 11590** | **March 2022** | **$43,923.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Meridian Global Vat Services Limit** | **March 2022** | **$7,644.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. **Strata Trust Co Custodian FBO Joseph DeLuca**<br>**3559 South Silver Springs Rd**<br>**Lafayette, CA 94549** | **April 2022** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investor** |
| 3.15. **Dongguan Aixi Sports Goods Co, LTD**<br>**No. 113 DaXin Road**<br>**ChangTank Community**<br>**Da Lang Town DongGuan City**<br>**China, CA** | **May 2022** | **$9,448.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Veracity Insurance Solutions** | **May 2022** | **$12,957.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Julio Deulofeu**<br>**106 Linden St, Ste 201**<br>**Oakland, CA 94607**<br>**President** | **within the past one year** | **$197,856.00** | **Compensation** |
| 4.2. **David Lee**<br>**106 Linden St, Ste 201**<br>**Oakland, CA 94607**<br>**CEO and CFO** | **within the past one year** | **$203,927.50** | **Compensation** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 36 of 61

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   OL USA, LLC v. NextSport, Inc.<br>22 CV 03391 | Breach of Contract | US District Court Eastern District of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 37 of 61

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nuti Hart, LLP** **411 30th St, #408** **Oakland, CA 94609** | | **1/28/22** | **$19,837.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Kornfield, Nyberg, Bendes, Kuhner & Litt** **1970 Broadway, Ste 600** **Oakland, CA 94612** | **Attorney Fees** | **4/14/22** **4/25/22** **5/3/22** | **$75,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Case: 22-40569   Doc# 1   Filed: 06/13/22   Entered: 06/13/22 14:51:22   Page 38 of 61

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.　**Walters & Skylar, LLP**<br>　　　　　**21031 Ventura Blvd, Ste 401**<br>　　　　　**Woodland Hills, CA 91364** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Lee | 106 Linden St, Ste 201 Oakland, CA 94607 | CEO & CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julio Deulofeu | 106 Linden St, Ste 201 Oakland, CA 94607 | President and Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edward Dua | 106 Linden St, Ste 201 Oakland, CA 94607 | Secretary and Chairman of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicholas Rupp | 106 Linden St, Ste 201 Oakland, CA 94607 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Case: 22-40569    Doc# 1    Filed: 06/13/22    Entered: 06/13/22 14:51:22    Page 41 of 61

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/13/2022** _____

**/s/ David Lee** _____             **David Lee** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re   **NEXTSPORT, INC.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abraham Wei** | **Common** | **25,000** | |
| **Beatty-Huff Family Trust**<br>**812 Olive Glen Ct**<br>**Santa Rosa, CA 95404** | **Common** | **33,334** | |
| **Boris Hope** | **Nextsport** | **10,000** | |
| **Brian R. Schwartz**<br>**2906 Morgan Drive**<br>**San Ramon, CA 94583** | **Common** | **18,252** | |
| **Caleb Chung**<br>**3460 N Plantation River Dr**<br>**Boise, ID 83703** | **Common** | **105,000** | |
| **Carl B. Johnston, Jr. Revocable Trust**<br>**40-747 Princess Avenue,**<br>**Victoria, BC V8T 1K5**<br>**Canada** | **Common** | **32,500** | |
| **Carolyn P. Baxter** | **Common** | **7,214** | |
| **Carrie Toscano**<br>**1220 Largo Ct**<br>**Discovery Bay, CA 94505** | **Common** | **30,000** | |
| **Chance Technologies**<br>**Richard Wolpert**<br>**4015 Mariner Circle**<br>**Westlake Village, CA 91361** | **Common** | **13,436** | |
| **Charles W. Kieser**<br>**20 Skylark Drive #40**<br>**Larkspur, CA 94939** | **Common** | **21,591** | |
| **Colin Wiel**<br>**2950 Webster Street**<br>**San Francisco, CA 94123** | **Common** | **13,436** | |
| **Dan and Karen Calloway** | **Common** | **15,000** | |

Sheet 1 of 7 in List of Equity Security Holders

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dan Mytels**<br>**1400 Rollins Rd,**<br>**Burlingame, CA 94010** | **Common** | **18,920** | |
| **David "Gogi" Grant**<br>**114 East 61st Street,**<br>**New York, NY 10065** | **Common** | **19,780** | |
| **David & Dorothy Engel Family Trust**<br>**Dave & Dottie Engel**<br>**6111 Beaumount Ave**<br>**La Jolla, CA 92037** | **Common** | **20,260** | |
| **David Lee**<br>**106 Linden St, Ste 201**<br>**Oakland, CA 94607** | **Nextsport** | **1,210,000** | |
| **Deborah Nichols Radar**<br>**7808 Veragua Drive**<br>**Playa Del Rey, CA 90293** | **Common**<br>**Warrants** | **10,000** | |
| **Deborah Simmons**<br>**16-17 Fl. TAL Building**<br>**49 Austin Road**<br>**Tsim Sha Tsui Kowloon Hong Kong** | **Common** | **26,078** | |
| **Derek Jones** | **Nextsport** | **600,000** | |
| **Diana Stern**<br>**6041 Girvin Dr**<br>**Oakland, CA 94611** | **Common** | **4,168** | |
| **Edward and Deborah MacFawn Family Trust**<br>**8550 River Club Way**<br>**Knoxville, TN 37922** | **Common** | **3,960** | |
| **Edward H,  Peterson**<br>**1939 Harrison St, Suite 605,**<br>**Oakland, CA 94612** | **Common** | **11,663** | |
| **Edward H.  Peterson III** | **Common** | **7,294** | |
| **Edward M Dua**<br>**106 Linden St, Ste 106**<br>**Oakland, CA 94607** | **Nextsport** | **580,000** | |

List of equity security holders consists of 7 total page(s)

In re: **NEXTSPORT, INC.**           Case No. _____

                                 Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Edward M Dua<br>106 Linden St, Ste 106<br>Oakland, CA 94607 | Common | 2,691,250 | |
| Frontage Road Freres, LLC<br>Reed Foster<br>2414 Leimert Blvd<br>Oakland, CA 94602 | Common | 25,000 | |
| Fulcrum Methods LLC<br>PO Box 1286<br>Lafayette, CA 94549 | Nextsport | 48,000 | |
| George Feiss, III<br>145 Hawthorne Ave<br>Larkspur, CA 94939 | Common | 48,329 | |
| Graham Leggett<br>225 Western Dr<br>Richmond, CA 94801 | Common | 40,000 | |
| Harry Richard Fraga | Common | 6,667 | |
| Holbrook Family Trust | Common | 12,500 | |
| Inman Living Trust<br>Grant Inman<br>4 Orinda Way Suite 150D<br>Orinda, CA 94563 | Common | 25,000 | |
| Jackie Espejo | Nextsport | 200,000 | |
| Janette Healy<br>463 28th Avenue<br>San Francisco, CA 94121 | Common | 10,000 | |
| Jaye Preston | Common | 3,825 | |
| Jeffrey & Lenore Hawkins, JWROS<br>Jeff Hawkins<br>700 Garden view Ct, Ste 201<br>Encinitas, CA 92024 | Common | 61,693 | |

List of equity security holders consists of 7 total page(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Fish<br>315 Lakewood Blvd<br>Madison, WI 53704 | Common | 39,520 | |
| Joseph DeLuca<br>3559 S. Silver Springs Rd<br>Lafayette, CA 94549 | Common | 25,000 | |
| Julio Deulofeu<br>106 Linden St, St 106<br>Oakland, CA 94607 | Common<br>Warrants | 62,500 | |
| Julio Deulofeu<br>106 Linden St, St 106<br>Oakland, CA 94607 | Nextsport | 58,000 | |
| Julio Deulofeu<br>106 Linden St, St 106<br>Oakland, CA 94607 | Common | 1,480,833 | |
| Kyle Brookey | Nextsport | 270,000 | |
| Kyung Ross Family Trust<br>Kay Ross<br>1375 Park Row<br>La Jolla, CA 92037 | Common | 82,976 | |
| Lawrence P. Schmidt<br>1 Charles Hill Lane<br>Orinda, CA 94563 | Common | 25,000 | |
| Lessly Mantilla | Nextsport | 15,000 | |
| Margaret E.  Hermoso<br>58 Eddystone Ct.<br>Redwood City, CA 94065 | Common | 27,500 | |
| Mark and Lynn Soloway Charitable<br>19 Patricia Road<br>Orinda, CA 94563 | Common | 20,000 | |
| Matthew Silvas | Nextsport | 15,000 | |

List of equity security holders consists of 7 total page(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A.  Rettie**<br>**610 Taylor Ave,**<br>**Alameda, CA 94501** | **Common** | **10,000** | |
| **Michael C. Wood** | **Common** | **25,000** | |
| **Michael Cookson**<br>**1500 Lincoln Village Dr Suite  2230**<br>**Larkspur, CA 94939** | **Common** | **34,500** | |
| **Nancy Werthan** | **Nextsport** | **25,000** | |
| **Ned Getline and Irene Imfeld, JT**<br>**1206 Rose St**<br>**Berkeley, CA 94702** | **Common** | **12,500** | |
| **Ngoc Jade Mai**<br>**1009 S 5th St #5,**<br>**San Jose, CA 95112** | **Common** | **7,270** | |
| **Paul E. Ostrowski**<br>**12750 Ione Ct,**<br>**Saratoga, CA 95070** | **Common** | **7,276** | |
| **Peter  Charlton**<br>**521 SW 11th Ave, Ste 400,**<br>**Portland, OR 97205** | **Common** | **27,500** | |
| **Peter Balas** | **Common** | **10,250** | |
| **Peter Christopher  Balas Trust**<br>**Heather Hill Ventures, LLC**<br>**PO Box 10273**<br>**Pleasanton, CA 94588** | **Common** | **103,334** | |
| **Poulos-McCabe Family Trust**<br>**John Poulos**<br>**2147 Via Montecito**<br>**Camarillo, CA 93012** | **Common** | **25,975** | |
| **Radeczki Family 2004 Rev. Trust**<br>**Lyndall Radeczki**<br>**5424 Kahiliholo Rd**<br>**Kilauea, HI 96754** | **Common** | **185,077** | |

List of equity security holders consists of 7 total page(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert E. Hodge  (direct purchase)**<br>**922 Sandstone Drive,**<br>**Libertyville, IL 60048** | **Common** | **38,475** | |
| **Robert G. Couch**<br>**63 Victoria Drive**<br>**Atherton, CA 94027** | **Common** | **5,000** | |
| **Robert L. Rodgers** | **Common** | **500** | |
| **Robert Walker** | **Common** | **2,300** | |
| **Ross W. Vick, Jr.**<br>**Attn Patrick vick**<br>**9110 Chapel Valley Rd**<br>**Dallas, TX 75220** | **Common** | **45,833** | |
| **Russell Hinds**<br>**4703 Timberline Dr,**<br>**Autsin, TX 78746** | **Common** | **20,000** | |
| **Saperstein Family Revocable Trust**<br>**Guy & Jeanine Saperstein**<br>**52 Glen Alpine Rd**<br>**Piedmont, CA 94611** | **Common** | **83,333** | |
| **Shawn Deutchman** | **Nextsport** | **330,000** | |
| **Soloway Family Living Trust** | **Common** | **10,000** | |
| **Stephen Sporer** | **Common** | **15,000** | |
| **Steven B.  Peterson**<br>**1939 Harrison St, Suite 605**<br>**Oakland, CA 94612** | **Common** | **14,592** | |
| **Susan B. McAllister Trust**<br>**5597 Enterprise Rd**<br>**Glen Ellen, CA 95442** | **Common** | **288,535** | |

List of equity security holders consists of 7 total page(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The DeLuca Trust dated 1-7-2000**<br>**Joe DeLuca**<br>**3559 South Silver Springs Rd**<br>**Lafayette, CA 94549** | **Common** | **13,542** | |
| **The Mufti Family Trust dated 11-14-2000**<br>**Amin Mufti**<br>**262 Arlington Ave**<br>**Kensington, CA 94707** | **Common** | **13,542** | |
| **The Robert and Ava Gold Family Trust**<br>**Robert Gold**<br>**4923 Floresta Court**<br>**Westlake Village, CA 91362** | **Common**<br>**Warrants** | **10,000** | |
| **Thomas Doran**<br>**11000 Placida Road #1004,**<br>**Placida, FL 33946** | **Common** | **165,250** | |
| **Tracy Mumford Komata Separate Property T**<br>**Tracy Mumford Komata, Trustee**<br>**2541 Via Pisa**<br>**Del Mar, CA 92014** | **Common** | **138,064** | |
| **Ventana Development Co., Inc.**<br>**Norman Hulberg**<br>**55 S. Market St, Ste 1210**<br>**San Jose, CA 95113** | **Common** | **26,014** | |
| **Vertical Ventures**<br>**Hamid Rezapour**<br>**1655 N. Main St, Ste 280**<br>**Walnut Creek, CA 94596** | **Common** | **100,000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **6/13/2022** _____  Signature  **/s/ David Lee**
                                                          **David Lee**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 7 total page(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **NEXTSPORT, INC.**

_____ Debtor(s).         /

CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __8__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **6/13/2022**

**/s/ Eric A. Nyberg**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Eric A. Nyberg
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


NEXTSPORT, INC.
106 Linden St, Ste 201
Oakland, CA 94607


Acorn Products, LLC
15360 Robin Ann Lane
Monte Sereno, CA 95030-2238


Amazon Capital Services, Inc.
410 Terry Ave, North
Seattle, WA 98109-5210


American Express
c/o Beckett & Lee
PO Box 3001
Malvern, PA 19355


American Label Technologies, Inc.
313 Technology Dr, #2106
Garner, NC 27529


Barry Gilbert
8 Snowberry Ct
Oakland, CA 94607


Barry Gilbert
c/o Chapman Law Group, APC
David Chapman
950 Northgate Dr, Ste 306
San Rafael, CA 94903

Bazaarvoice, Inc.
10901 Stonelake Blvd
Austin, TX 78759


Capital Premium Financing
12235 S. 800 E
Draper, UT 84020


Deborah Nichols Radar
7808 Veragua Drive
Playa Del Rey, CA 90293


DEKRA Testing and Certification (Shangha
8F, No 250 Jiangchangsan Road
Jing'an District
Shanghai 200436
China


Department of Finance
380, rue Saint-Antoine Quest
5th Floor
Montreal (Quebec) H2Y 3X7


Dongguan Aixi Sports Goods Co, LTD
No. 113 DaXin Road
ChangTank Community
Da Lang Town DongGuan City
China, CA


Edward Dua
106 Linden St, Ste 106
Oakland, CA 94607


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JAS Forwarding Netherlands
Schaapherderweg 24
Ridderkerk, 2988 CK
Netherlands


JAS Forwarding UK, LTD
Unit 1 Heathrow Logistics Park
Bedfont Park
Feltham, TW14 8EE
United Kingdom


JBS Logistics
2043 Corporate Lane
Naperville, IL 60563


Julio Deulofeu
106 Linden St, Ste 201
Oakland, CA 94607


Kally Sales Group, Inc.
3185 Lansdown Dr
Burlington
Ontario L7M 1K1
Canada


Lane Sales Canada
945A Southgate Dr, Unit 2 & 4
Guelph, Ontario N1L 0B9
Canada

Lane Sales Development Group, Inc.
dba LS Logistics
945B Unti 3 Southgate Dr
Guelph ON N1L 0B9
Canada


Linden Associates, LLC
155 Filbert St, #200
Oakland, CA 94607


Logistic Edge LLC
PO Box 293
Sierra Madre, CA 91025


Majuma LTD
Orchard Cottage, Back Radfords
Stone, Staffordshire
UK ST15 8GG
England


Meridian Global Services
Unit B Groud Floor
3009 Lake Drive, City West
Dublin 24
Ireland


Mode Transporation, LLC
PO Box 654371
Dallas, TX 75265-4371


Mode Transportation
160 New Britain Blvd
Chalfont, PA 18914


Montana (Tiwan) Int'l Co LTD
No. 262, SEC 2 Fengle Rd
Beitun District
Taichung City
Taiwant, CA

```
OEC Group
13100 Alondra Blvd, Ste 100
Cerritos, CA 90703


OL USA, LLC
265 Post Ave, Ste 333
Westbury, NY 11590


OL USA, LLC
c/o Benesch Friedlander Coplan & Aronoff
John Gentile
1313 North Market St, Ste 1201
Wilmington, DE 19801-6101


OL USA, LLC
c/o Benesch Friedlander Coplan & Aronoff
Daniel M. Meier
17 State Street, Ste 4000
New York, NY 10004


OL USA, LLC
c/o Benesch Friedlander Coplan & Aronoff
Kevin M. Capuzzi
1313 North Market St, Ste 1201
Wilmington, DE 19801-6101


Ouiby, Inc., dba Kickfurther
Jenna Vega
PO Box 21584
Boulder, CO 80308


Peninsula Mobile Service
PO Box 4180
Menlo Park, CA 94026


Premium Finance
```

Qurui Sports (Hangzhou) Co LTD
RN# 2610 Building, Qiantang Aviation Bld
66 Citizen Street
Jianggan District, Zhejiang Province
China


Shopify
151 O'Conner Street
Ground Floor
Ottowa, Ontario, K2P 2L8
Canada


Sinosure
Fortune Times Building, 11 Fenghuiyan
Xichang District
Beijing 100033
China


Strata Trust Co Custodian
FBO Joseph DeLuca
3559 South Silver Springs Rd
Lafayette, CA 94549


Team Direct Management, LLC
5509 W Pinnacle Point Dr, Ste 100
Rogers, AR 72758


The Robert and Ava Family Trust
Robert Gold
4923 Floresta Court
Westlake Village, CA 91362


The Stable
45 South 7th Street, Ste 2100
Minneapolis, MN 55402


Tigers Global Logistics LTD UK
Unit 6, IO Centre
Jugglers Close
OX16 3TA  Banbury
United Kingdon

Tigers International Logistics  BV
Schaapherdeweg 24
2988 CK Ridderkerk
Netherlands


Tigers International Solutions PTY
32 Commercial Drive
Lynbrook, Victoria 3975
Australia


Tigers UK
812 Oxford Ave
Sough Berkshire
SL1 4LN
United Kingdon


Tri-State
Tal Building, 49 Austin Road
Tsimshatsui
Kowloon,
Hong Kong


U. S Small Business Administration
1545 Hawkins Blvd, Ste 202
El Paso, TX 79925


Wells Fargo Bank
PO Box 29482
Phoenix, AZ 85038


Yongkang Tangsheng Industry
c/o Law Offices of Kenneth J. Freed
4340 Fulton Ave, Third Floor
PO Box 5914
Sherman Oaks, CA 91423


Yongkangshi Yongtai Industrial
c/o Law Offices of Kenneth J. Freed
4340 Fulton Ave, Third Floor
PO Box 5914
Sherman Oaks, CA 91423

Yongtai Industry & Trade Co, LTD
No 1355 West Songshi Road
Yongkang City
Zhejiang Province
China

# United States Bankruptcy Court
## Northern District of California

In re   **NEXTSPORT, INC.**                Case No. _____

                        Debtor(s)         Chapter     **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NEXTSPORT, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__6/13/2022_____         **/s/ Eric A. Nyberg**_____
Date                             **Eric A. Nyberg 131105**
                                  Signature of Attorney or Litigant
                                  Counsel for    **NEXTSPORT, INC.**_____
                                  **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
                                  **1970 Broadway, Ste 600**
                                  **Oakland, CA 94612**
                                  **510-763-1000 Fax:510-273-8669**

**United States Bankruptcy Court**
**Northern District of California**

In re  **NEXTSPORT, INC.**

_____

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Lee**, declare under penalty of perjury that I am the **CEO** of **NEXTSPORT, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of **June**, 20 **22** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Lee**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Lee**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Lee**, **CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date  **6/13/2022**

_____

Signed  **/s/ David Lee**

_____

**David Lee**

Resolution of Board of Directors
of
**NEXTSPORT, INC.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Lee**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David Lee**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David Lee**, **CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date  **6/13/2022**                                    Signed   **/s/ David Lee**
                                                                          **David Lee**


Date  **6/13/2022**                                    Signed